LEGAL NOTICE OF REMOVAL
FROM MUNICIPAL COURT TO FEDERAL COURT
PURSUANT TO USC TITLE 18 U.S.C. § 241 & 242
PROPER ARTICLE III JURISDICTION

**RECEIVED SEP 13 2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

Plaintiff(s).

DUPAGE COUNTY CIRCUIT COURTHOUSE (Inc.) IL
Policeman Employee Brett Nelson #6538 DISTRICT 15 STATE POLICE, IL
STATE OF ILLINOIS ( Unidentified Party)

24-cv-8404
Judge Alexakis
Magistrate Judge Kim
RANDOM/CAT 2

V.

Amiya Willis Bey, *Ex Rel* AMIYA A WILLIS©
Natural Person, In Propria Persona

**ORIGINAL JURISDICTION:**
"MINISTERS CONSULS DIPLOMATS"
Article III, Section 2; Article VI
United States Republic Constitution
'Established Law of the Land'

**Federal Question(s):**
Due Process
Religious Liberty
Supreme Court Rulings

**Alleged Defendant / Demandent**

This Writ of Removal arises from above named Plaintiffs under Dupage County Circuit Courthouse, Inc, - Ticket / Suit # 2022CM001415 -to wit all cases and Jurisdiction / Venue are moved to Federal Court. All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

I.
JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, reaffirmed by obligatory Official Oaths—Article VI.

**COMES NOW,** Amiya Willis Bey, Ex Rel AMIYA A WILLIS©, In Propria Persona, Sui Juris (not to be confused with Pro se), with all due respect and honors given to the Constitution for the United States Republic, North America and all Law, obligation, Authority as expressed therein.

II.
PARTIES

Plaintiffs
1. Dupage County Circuit Courthouse, Inc.
2. Brett Nelson, Badge #6538 Policeman/ employee of DISTRICT 15 STATE POLICE (Inc.).
3. STATE OF ILLINOIS (unidentified Party)

**Alleged Defendant**

I, Amiya Bey, Ex Rel AMIYA A WILLIS©, In Propria Persona, Sui Juris; make this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / Bill of Exchange / #2022CM001415, with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, under the authority of The Law of the Land, are prohibited from the use of official position(s) or office(s), to violate the Constitution for the UNITED STATES OF AMERICA; and are prohibited to commit any abuse of authority, any practice that supersedes their 'limited' jurisdictional powers; prohibited from any abridgments of the Natural, Divine, Unalienable, and Secured Rights of the People, and are prohibited from violating Due Process of Law afforded to the people, as scribed in Bill of Right IV, V, VI, VII, VIII, IX and X of the United States National Constitution, to which the Judges and Officers in every State is bound to support and to uphold.. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding. A request for their Delegation of Judicial Authority is herein attached. (**See Exhibit C**)

I, the Alleged Defendant / Demandant, Amiya Bey, Ex Rel, AMIYA A WILLIS©, in accord with Substantive Rights, do not waive any inalienable Rights / Rights to Due Process.

### III.
### CAUSE OF ACTION

I, the Alleged Defendant / Demandant, Amiya Bey, Ex Rel AMIYA A WILLIS©, on September 10th, 2022, while traveling on the land, around 5:09 am (central standard time); was stopped by state employee Brett Nelson badge #6538, who was accompanied by another unknown/ unidentified state employee. Brett Nelson hindered my travel by signaling and flashing on his emergency lights. Once I noticed the flashing lights I then proceeded to move to the side of the road. Employee Brett Nelson approached my automobile without VALID probable cause and he stated that I was traveling under the

2

minimum speed limit as scribed in the STATE OF ILLINOIS statute # 625 ILCS 5/11 606b. ( **see exhibit A)**

Then Nelson, without my consent, invaded my privacy by probing and scoping through the windows of my automobile, which is a direct violation of Bill of right #4 and #5. He saw that my toddler was trying to unhook her seatbelt. While the unlawful stop and search proceeded, employee Brett Nelson saw there were two other children in the backseat asleep that had their seatbelts on, as they were of age and both over 40lbs. He asked me what their ages were and asked if they were buckled in? I responded and said 'Yes they were buckled in their seatbelt". Employee Brett Nelson had disregard for my answer and set forth a false allegation and charged me under statute 720 ILCS 5/12C-5 (a)(2), and statute 625 ILCS 5/11 - 606 (b) of which none of the 3 charges ( including the below speed limit charge) are arrestable offenses.

Nelson wrongfully infringed on me and my babies rights and liberties. Under threat, duress and coercion, I and my babies were made to follow Nelson back to the station. Once there, I was forced to leave my babies in the car while I was fingerprinted and charged. This was a clear display by Nelson of his lack of "due care" and endangerment and under threat, left me no choice. I was falsely arrested and released via a bond, which is a Bill of Attainder- forbidden under Article1 - Section 9 and 10 and under a Bill of Pain, and in violation of Bill of Rights #7 & 8, as these actions are also excessive and abusive.

Once I left the police station, both of my back tires on my automobile were mysteriously damaged and suddenly deflated while on the highway. Causing my automobile to spin out of control, it would be unusual for both tires to go flat at the same time, however upon a prima facie view of the tires, they both appeared to be slashed and had actually shredded upon the highway. Employee Brett Nelson was following close behind in a seemingly stalking manner, as he pulled up on the scene within minutes. Nelson also called for a tow truck to tow my automobile; a 2017 Chevrolet Equinox Premier Sport Utility 4D. I was not afforded the opportunity to call my insurance company, nor was I able to call a tow company.
After my automobile was towed, me and my babies were walking alongside the highway and in a stalking manner, and at a slow pace, were followed by Employee Brett Nelson, , as he asked questions like "where are we going now" . It was rather uneasy and brought

3

on frightening concerns, and as previously mentioned, was a glaring display of his "Lack of Due Care".

I was not informed as to the location where my automobile was taken, nor was I given a phone number, nor any directives or instructions as it pertained to having my automobile returned to me, and the tangible property that was in the automobile. I had to call around to several different tow companies to finally find out where my automobile was and upon finding it, the charges and surcharges was a financial burden. As a result, I have had to finance another automobile, and have been put in financial stress as my automobile, 2017 Chevrolet Equinox Premier Sport Utility 4D was paid in full.

It is reasonable to believe upon a preponderance of evidence, that my property was unlawfully confiscated - my automobile, my children's items, and various of our tangible personal items that were inside the automobile. This being a violation of Bill of Right #4 and #5 wherein no one is to be deprived of their property without just compensation and due process of Law.

I was forced under threat, duress, coercion, during the period from November 7, 2022 throughout October 31, 2023, to appear at Dupage's tribunal without any considerations of a jury of my peers and in a tribunal that operated under the 'color of law' and with conspiracy to deprive Rights. On or around January 4, 2023 Dupage county requested my baby's birth records as part of "Discovery' . ( is a violation of Bill of Right #4.) Once the records were received the quasi hearing now proceeded to go to trial. While attending court I found out that I was being charged with six counts of child endangerment and two counts of failure to restraint a child under the age of 8 years old. Even though the children were in their appropriate restraints. This is an act of Ex post facto, which is forbidden per article 1 section 9 and 10 and is an untoward intent to imply that i was a 3- time offender all in one instance being multiple by 3 children.

After the quasi trial I was forced to come back to court On December 7, 2023 to participate in a de facto hearing where I was forced into a probation contract under threat, duress, and coercion. **(see attached exhibit E, F, and G)**.

4

Due to being forced into a probation contract under threat, duress, and coercion I re-buttedly chose to reserve my rights of noncompliance with the unlawfully warranted request and contract, and I expressed my non-compliance to adhere to probationary stipulation including but not limited to reporting and checking in, drug test screenings, and additional fines and surcharges, which by definition are over exactions above the authority to do so. As well as a violation of Bill of Right #8

I expressed my non-compliance and non-agreement by way of filing documents like a quo warranto which never was answered nor rebutted, **however**, the magistrate of Dupage assigned a new court date on February 21, 2024, wherein upon making a special appearance, the Magistrate stated I was not present, although I was present, he choose not to accept my free appellation name once case was called. He then instructed the Clerk to issue an unlawful bench warrant. ( **see exhibit D)** Which now has led to me removing this matter under title 18 U.S.C 241 & 242.

**April 24,2024**, I entered an Emergent Affidavit to quash the warrant and revoke/ Vacate the court order. I received no response to that Affidavit. **( see exhibit H)**

**On April 29, 2024,** I made a special appearance in regards to the quashing of the unlawful bench warrant and was unlawfully taken into custody.

**On April 30th, 2024,** I presented myself before Dupage County wherein the Magistrate acknowledged my previous Affidavit to revoke/vacate the unlawful sentencing of Probation and I was giving a new trial date and order to take follow up with the previous probation requirement to show that I'm competent and able to present myself for a "new" trial hearing.

By all records of these events and proceedings, it is evident that the employees of District 15 State Police, Inc and the offices of Dupage County Circuit Court are alleging that I was in violation of a State of Illinois statute, which is in fact, a private company policy, being classed as Law.

**Resultantly**, the Plaintiffs are posed to impose additional sanctions, fines and cost under threat, duress, and coercion, which is highly penal. Plaintiffs intend to further their actions under a misnomer. The misrepresented alleging instruments are under AMIYA A WILLIS©,

5

used for certain legal purposes, however, for Lawful purposes and under these seriously threatening circumstances and violations of Law, and with no fraudulent intent; I prefer to be addressed in my free National Name Amiyah Bey, and not as an artificial person / entity / negro, colored or black, as scribed in the 14th amendment – Clause 2. (See Exhibit B) — Self Executing Name Correction. Anything in contrary to that is a violation of Bill of Right #1. also supported by Congressional Resolution #75, endured under the Sister Clause...full faith and credit... of Article #4 for all States.

Brett Nelson, Badge No. 6538, was with 'want of jurisdiction' by knowingly and willingly conspiring under Color-of-Authority with the DUPAGE COUNTY CIRCUIT COURTHOUSE, Inc. and the unidentified "STATE OF ILLINOIS", who are all equally without jurisdiction, to deny the Alleged Defendant / Demandent and have presumed and assumed "parens patrie" state ward-ship jurisdiction.

**Plaintiffs are in concert with each other**, whether they are aware of each others part or not, are committing "Conspiracy to Extort", which is highly penal, and are further posed to levy unauthorized surcharges and impede against the right of Due Process under the Law and equal protection of the Law.

## IV.
## CONCLUSION

1. Is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

2. The unconstitutional charges being applied to the Alleged Defendant / Demandant are repugnant to the Constitution because they deny a right established and guaranteed in the 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Bill of Rights, substantiated and fortified in United States Supreme Court 'Stare Decisis' so noted below, and not limited to. Wherein, wherefore and whereof, the Plaintiffs, and any others in association, seen and unseen, known and unknown, et al, have no authority to adjudicate in contrary'.

3. 5th amendment…. No person shall be …..deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

6

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common right, which he / she has under the right to life, liberty, and the pursuit of happiness. Thompson v. Smith 154 SE 579:

5. As per the National Constitution, it is agreed in retaining the People's Liberties, that the enumeration of certain Rights shall not be construed to deny or disparage others retained by the People ( the Bill of Rights #9).

6. As per the National Constitution, it is agreed in retaining the People's Liberties, that the Powers not Delegated to the United States under the U.S. Constitution are reserved to the States or to the People ( the Bill of Rights #10).

7. The Constitution for the United States of America binds all judicial officers at Article 6, clause 2, wherein itis scribed: ..."This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, notwithstanding,"

8. Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law. -- Maine v. Thiboutot 448 US 1, 100 SCT 2502.

9. "The Constitution of these United States is the Supreme Law of the Land. Any law repugnant to the Constitution is null and void of law." -- Marbury v. Madison 5 US 137

10. "The State cannot diminish the rights of the People." – Hurtado v. California, 110 U.S. 516

## V.
## RELIEF

1. Enforcement of Bill of Right # 1

2. Enforcement of Bill of Right #5

3. Acknowledgement that the Alleged Defendant is not a 14th amendment citizen.

4. All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange resulting in and from Case Number 2022CM001415, and any other 'Order' or 'Action' associated with it / them, be dismissed and expunged for the record on ALL records on its face and merits WITH Prejudice.

5. Receive compensation that is stated in the bill of right #5 in the amount and valued price for my personal private property automobile and all my tangible property, my children's tangible items that were in my 2017 Chevrolet Equinox Premier Sports Utility 4D automobile which was unlawfully seized by the District 15 State Police and was never rightfully returned to me.

I, certify that all Statements made within this document "WRIT OF REMOVAL, were made with the best of my knowledge and recollection, no false statements are intended.

Respectfully Submitted On __09__, __13__ 2024

I Am: _____

Amiya Bey, All Rights Reserved, Without Recourse Natural Person, In Propria Persona c/o 9631 S Cicero Ave #1365, Oak Lawn, Illinois Republic [60453]

Exhibits: (8)

A — Ticket / Summons / Suit
B — Self Executing "Name" Correction
C — Writ in the Nature of Discovery
D — Appearance Warrant
E — Forced contract under Duress

8

F — Forced payment plan contract under Duress
G — Forced drug test contract under Duress
H — Affidavit

cc: Kwame Raoul
ILLINOIS State Attorney General

# CERTIFICATIONS

I, Amiya Bey, certify that a true and correct copy of WRIT OF REMOVAL, filed in the Northern District of Illinois Federal Court, has been sent to Dupage County Municipal Court, Inc., Dupage, Illinois.

I, Amiya Bey, certify that a true and correct copy of WRIT OF REMOVAL, filed in the Northern District of Illinois Federal District Court, a copy has been sent to Brett Nelson, Policeman / employee of Dupage County Municipal Court, Inc.

I, Amiya Bey, certify that a true and correct copy of WRIT OF REMOVAL, filed in the Northern District of Illinois Federal District Court, a copy has been sent to ILLINOIS State Attorney General, Kwame Raoul as Representative for Plaintiff – State of ILLINOIS.

# ILLINOIS CITATION AND COMPLAINT
## ILLINOIS STATE POLICE

245800252

**COMPLAINT**

DCN:

Read These Instructions Carefully
Your ticket has been marked ☒ COURT APPEARANCE REQUIRED. You are required to come to court on the date, time, and place noted in the COURT PLACE/DATE section on the ticket.

However, if you want to plead "NOT GUILTY", complete the portion of these instructions entitled "Avoid Multiple Court Appearances" and mail to the Clerk of the circuit court identified in the COURT PLACE/DATE section.

| Case No. | ISP Dist. Occ. | ISP Dist. Assign. |
|---|---|---|
| 22CM1415-3 | 15 | 15 |

| County of | Township of | ☐ TWP.RD. |
|---|---|---|
| DUPAGE | LISLE TWP | |

☒ PEOPLE STATE OF ILLINOIS — STATE OF ILLINOIS vs.

**DEFENDANT**
- NAME: WILLIS, AMIYA A (LAST, FIRST, MIDDLE NAME)
- SID#: 
- ADDRESS STREET: 9856 S HOYNE AVE Apt.
- EYES: BROWN
- ☒ Female ☐ Male
- CITY STATE ZIP: CHICAGO IL 60643
- HAIR: BRO
- HEIGHT: 5' 06"
- WEIGHT: 200 LBS
- DR. LIC.: W420-0019-4801
- STATE: IL
- CDL: N
- EXPIR. DATE: 07/15/2024
- DOB: 07/15/1994

*FILED*
SEP 21, 2022 02:22 PM
Candice Adams
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

The Undersigned states that on 09/10/2022 at 5:07 AM defendant did unlawfully operate:

**VEHICLE**
- REG NO.: DB80504
- STATE: IL
- MO/YEAR: 08/2023
- US DOT #:
- MAKE: CHEVROLET
- YEAR: 2017
- COLOR: SILVER
- TYPE: MOTOR VEHICLE
- VEHICLE USE:
  - COMMERCIAL MOTOR VEHICLE: YES ☐ NO ☒
  - PLACARDED HAZ. MATERIAL: YES ☐ NO ☒
  - 16 OR MORE PASS. VEHICLE: YES ☐ NO ☒

Or as a Pedestrian or Passenger, and upon a public highway, or other location, Specifically
I-88 E/B @ M.P. 127

located in the County and State Aforesaid and Did Then and There Commit the Following Offense

**VIOLATION**
- ☒ ILCS
- Chapter: 625
- Act: 5
- Section: 11-606(b)
- Nature of Offense: VIOLATED MINIMUM SPEED LIMIT ON TOLLWAY

*(handwritten annotation):* ← Evidence of Deprivation of Bill of Rights # - Fraud under color of law

Method of Release - Failure to Appear
The method of release is noted in the "Release" section. The result of your failure to appear or pay this ticket is determined by the method of release identified below and whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT; or, the court may order other consequences identified below:

PROMISE TO COMPLY
A notice of suspension of your driving privileges will be sent to your licensing state; or, the court may issue a warrant for your arrest.

**INCIDENT**
- ACCIDENT TYPE:
- Report No.:
- CAD No.: 15-22-09100065
- Visibility: CLEAR, NIGHT
- Road Conditions: DRY
- Method: RADAR
- Notations: L4 OF 4

**METHOD OF RELEASE**
$164.00    Total Bond/Bail Posted: _____

PROMISE TO COMPLY

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.
Signature X _____

*(handwritten annotation):* ← Contract void by non agreement no wet signature

**CIRCUIT COURT LOCATION, DATE, AND TIME TO BE ASSIGNED**
Court Location:
Date: 11/7/22    Time: 9:00 AM

☒ **COURT APPEARANCE REQUIRED**
SEE INSTRUCTIONS in the column to the right

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

09/10/2022    B NELSON    6538
Month Day Year    Officer's Signature    ID #

Notice of Consent for Entry of Judgment
If you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:
If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least three (3) days before the date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgment of conviction against you in the amount of the statutory minimum fine plus the assessment in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may be greater than the amount assessed on a guilty plea. Any cash bail or other security you have deposited will be applied toward payment. If you are an Illinois Driver and you fail to pay in full any judgments imposed, a notice will be sent to the Secretary of State and your driver's license will not be renewed, reissued, or reclassified, until full payment is received.

C 80

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION PROCLAMATION AND PUBLICATION

I, Amiya Willis Bey, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, AMIYA ASHLYNN WILLIS, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Amiya Willis Bey, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I, Amiya Willis Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _Amiya Willis Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Pitte Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Rosie El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

10th March 2024ccy
1444 mcy

Exhibit C

# Affidavit of Fact
"Writ in the "Nature of Discovery"

Dupage County Municipal Court
Re: Ticket Suit / Summons # 2022CM001415

v.

Amiya Willis Bey
Natural Person, In Propria Persona

All government entities, private corporations and Tribunals must be a creature of the American National Constitution for the United States of America, ratified in 1791. As such, this Writ in the Nature of Discovery is submitted as Exhibit C to be answered by the Dupage County Municipal Court in accord with Due Process and with reasonable expectation of response to the following:

1. Enter for the Record and let the record reflect the up-to-date Oaths taken to the American National Constitution for the United States of America by the officers, principles, agents and assigns of the Dupage County Municipal Court.

2. Enter for the record and let the record reflect the physical documented "Delegation of Authority" for Dupage County Municipal Court, as required by Law, per Article III and Article VI of the American National Constitution for the United States of America.

**In Conclusion**: If Dupage County Court has no Delegation of Authority pursuant to the United States Constitution, Article III and Article VI, then they have no judicial authority. If Dupage County Municipal Court is an inferior court of special, limited, or statutory jurisdiction, the record must show the existence and attaching of jurisdiction **in any given case**, in order to give presumptive validity to its judgment. If Dupage County Municipal Court is "Ministerial" they are incompetent to receive grants of judicial power from the legislature, and their acts in attempting to exercise such powers are necessarily nullities." **See: Burns v Sup Ct. SF, 140 Cal 1.**

**Therefore**, let the record reflect that the underlying intent of this "Writ in the Nature of Discovery" is imbued in Constitutional obligations; as it relates to Matters of Jurisdiction, as to not Deprive Rights or Conspire against Rights of any citizens, or of the people. If the Dupage County Municipal court has no judicial authority in accord with the **United States Constitution Article III and Article VI,** they are in Violation of USC Title 18 Chapter 241 and 242.

Dupage County Court vs. Amiya Willis Bey—Case #2022CM1415—"Writ In the Nature of Discovery"

1

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621.

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT 42.

I, certify that all Statements made within this document "Writ of Discovery", were made with the best of my knowledge and recollection, no false statements are intended.

Date: 9·13·2024

I am: *Amiya Bey* (signature)
Amiya Willis Bey,
Natural Person, In Propria Persona, All Rights Reserved
℅ 9631 S Cicero ave #1365, Oak Lawn, Illinois Republic [60453]

Dupage County Court vs. Amiya Willis Bey—Case #2022CM1415—"Writ in the Nature of Discovery"

2

Exhibit D

| | | |
|---|---|---|
| CRIMINAL ORDER | | 2022CM001415-568 |

**STATE OF ILLINOIS**     **UNITED STATES OF AMERICA**     **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS

2022CM001415

VS

CASE NUMBER

AMIYA A WILLIS

**FILED**
24 Feb 21   AM 10: 47

*Candice Adams*
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS
File Stamp Here

## ORDER

This cause coming before the Court; the Court being fully advised in the premises, and having jurisdiction of the subject matter:

**IT IS ORDERED,** based on the COURT'S motion:

WHEN CASE WAS CALLED, A PERSON APPEARED IN COURT CLAIMING TO REPRESENT THE DEFENDANT. THE PERSON DID NOT INDICATE THAT SHE WAS THE NAMED DEFENDANT. PERSON REFUSED TO ANSWER WHETHER THEY WERE A LICENSED ATTORNEY.

DEFENDANT FAILS TO APPEAR AFTER RECEIVING NOTICE FROM PROBATION AND FAILED TO APPEAR AT PROBATION. WARRANT TO ISSUE.

Submitted by: JENNIFER ARMSTRONG

DuPage Attorney Number 50234

Attorney for PEOPLE OF THE STATE OF ILLINOIS

503 N COUNTY FARM RD

WHEATON, IL, 60187

File Date 02/21/2024
JUDGE PAUL A MARCHESE
Validation ID : DP-02212024-1037-00144
Date : 02/21/2024

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

Page : 1 of 1

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-02212024-1037-00144

*Exhibit E*

| | | |
|---|---|---|
| HON. BONNIE M. WHAETON<br>CHIEF JUDGE<br><br>ROBERT J. McELLIN<br>DIRECTOR<br>PROBATION<br><br>KYLE S. LOVE<br>ASSISTANT DIRECTOR<br><br>SHARON A. DONALD<br>FINANCE MANAGER | **DEPARTMENT OF PROBATION & COURT SERVICES**<br>EIGHTEENTH JUDICIAL CIRCUIT COURT<br>DU PAGE COUNTY, ILLINOIS<br>503 NORTH COUNTY FARM ROAD<br>WHEATON, ILLINOIS 60187<br><br>Administrative Services Division<br>(630) 407-8444<br>FAX Number (630) 407-8445 | DARLENE BAPTISTE<br>DEPUTY DIRECTOR<br>ADMINISTRATIVE SERVICES<br><br>TIMOTHY P. McGAVIN<br>DEPUTY DIRECTOR<br>ADULT SERVICES<br><br>KATHY STARKOVICH<br>DEPUTY DIRECTOR<br>ADULT SERVICES<br><br>RAYMOND G. STUBNER<br>DEPUTY DIRECTOR<br>JUVENILE/PRETRIAL SERVICES |

Name: **Amiya Willis**  Case #: **2022CM1415**

I understand that my case is being transferred to Cook County. While my case is being transferred, I have been assigned a probation officer at DuPage County. I am to report to DuPage County Probation as directed until my case is fully transferred to my home jurisdiction, or I am told otherwise. My probation appointments at DuPage County will be conducted over video using the Microsoft Teams app. The appointments usually take place on Mondays, Wednesdays, and Fridays with morning and afternoon sessions to choose from, excluding holidays. My probation officer will inform me of my frequency of reporting.

**I AM REQUIRED TO CONTACT MY DUPAGE COUNTY PROBATION OFFICER WITHIN 48 HOURS TO SCHEDULE MY FIRST VIRTUAL APPOINTMENT.**

Below is the contact information for my DuPage County probation officer:

**Carmen Kennedy**
Office: 630-407-8553
Cell Phone: 630-514-3071
Fax # 630-407-8501
Email: Carmen.Kennedy@dupagecounty.gov

*Address for written correspondence:*
Department of Probation & Court Services
**ATTN: Carmen Kennedy**
503 N County Farm Rd
Wheaton, IL 60187

*Scan for TEAMS mobile app*

X **A. WILLIS UCC 1-308**  **12-7-23**
Probationer's Signature  Date:
**Without Prejudice**

## DEPARTMENT OF PROBATION & COURT SERVICES
EIGHTEENTH JUDICIAL CIRCUIT COURT
DU PAGE COUNTY, ILLINOIS
503 NORTH COUNTY FARM ROAD
WHEATON, ILLINOIS 60187
Adult Services Division
(630) 407-8500
FAX Number (630) 407-8501

### Payment Plan

Name: Amiya Willis

Case Number: 2022CM1415

### Court Costs/Fines/Probation Fees

Your court cost/fine balance is $ 550. You were also ordered to pay $ 25 per month in probation fees; **your total balance is $ 1,125**. To pay your total balance in equal monthly payments, your monthly payment is $ 52 for 22 months, beginning Jan, 2024. *(This amount does not include any restitution ordered).*

### Restitution

Your restitution balance is $ _____ , to be paid in equal monthly payments of $ _____ per month, for _____ months, beginning _____ .

### Supervision/Probation Fees on Transferred Cases

☒ You were sentenced in DuPage County but live in Cook County; we will request they supervise your case(s). You are to continue to pay probation fees to the clerk of the 18th Judicial Circuit until you are given different payment instructions. The other county may begin charging a supervision fee 30 days after your case is accepted. Once that occurs, you may deduct $ _____ per month from the balance above. *(The supervision fee charged by the other county may be different than the probation fee amount ordered in DuPage).*

☐ You were sentenced in another county; however, DuPage County has agreed to supervise your case. A supervision fee of $25 per month, beginning _____ , is to be paid to the clerk of the 18th Judicial Circuit. Supervision fees will be assessed **each month** your case is supervised by DuPage. You may check your DuPage balance online at **epay.18thjudicial.org** utilizing DuPage case number: _____ . *(Do not use the case number from the court you were sentenced by, as it may be assigned to someone else in DuPage).*

You may owe supervision fees to other counties for prior months of supervision. Please contact those counties to determine if you have an outstanding balance and how to pay those fees.

### Payment Instructions

Court costs, fines, restitution, or supervision fees assessed in DuPage **are to be paid directly** to the Clerk of the 18th Judicial Circuit, not probation. Payments may be made as follows:

- Online at **epay.18thjudicial.org** *(a convenience fee may be assessed).*
- Mail to: Clerk of the 18th Judicial Circuit, Dept. #2009, PO Box 87844, Carol Stream, IL. 60188 *(Put the DuPage case # on the check/money order. Do not mail cash).*
- In person at the Clerk's office, 505 North County Farm Road, Wheaton, IL. 60187, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding holidays.

X A. WILLIS UCC 1-308
Defendant
Without Prejudice

_____
Probation Witness

Exhibit G

## DRUG TESTING AGREEMENT
*Rev 04282023*

I, **Amiya Willis** understand that as a condition of my court involvement, I must submit to drug testing, by urinalysis, as deemed appropriate by the probation department. I understand that to ensure an uncontaminated specimen, the collection of the urine specimen must be observed by a designated person in the probation department.

I further understand that the results of the drug testing will be confidential and disclosed only to me, my probation officer, the sentencing judge, my parents/guardian (if I am a minor) and the state's attorney when notices of probation violations are necessary. Further disclosure requires a court order. **The sentencing judge and state's attorney will be notified of any positive result.**

I understand that repeated positive drug tests may result in a Probation Violation Notice being filed. I understand that refusal to provide a urine specimen or providing a tampered/contaminated/falsified sample may result in the sample being considered positive.

**It is a Class 4 Felony to defraud or attempt to defraud drug or alcohol testing and could result in your arrest for a new offense. (720 ILCS 5/17-28).**

I also understand that some prescription and over-the-counter medications, along with other items, may render a positive screen. The use of prescription medications which may cause a positive test must be substantiated through a physician. I must inform my probation officer that I am taking these medications before taking the drug test. These include certain antihistamines, decongestants, bronchodilator medication, some medications for emotional disorders (depression, psychosis, anxiety); medications for headache, irregular heartbeat, colds and allergy, ulcer and stomach problems, nausea and vomiting, sleeping problems, blood pressure, Parkinson's disease, arthritis, diarrhea, cortisone/steroid preparations, diuretics, weight loss drugs, local anesthetics, cough medicine, prescription pain medications, certain antibiotics, and eye drops. Over-the-counter and other items are my responsibility and must not be ingested within **96 hours** of any probation appointment. These include cold, cough and flu medications, ulcer medications, nausea and vomiting medications, some eye drops, medications to stay awake, medications to build muscle mass and foods containing poppy seeds.

A. WILLIS UCCI-308
Probationer's Signature   Without Prejudice
DJ

12·7·23
Date

_____
Probation Department Representative

12/7/23
Date

Exhibit H

THE STATE OF ILLINOIS
Alleged Plaintiff

Case Number: 2022CM1415

V

AMIYA WILLIS
Alleged Defendant

## AFFIDAVIT OF FACT
Quash Warrant and vacate court order

Notice to Dupage County Courthouse I am writing this to correct the error and quash proposed " Appearance Warrant" and to clear up the assumption that I Amiya Bey, Ex rel. AMIYA WILLIS was in fact on court date 02/21/2024. You are hereby notified that on April 29th at 10am or soon thereafter as consul may be heard. I should be making a special visitation under duress in courtroom 4001. To grant the following of quashing the warrant and to vacate the order of judgment on 12/07/2023 and dismiss the court case with prejudice. I have served a Quo warranto to judge Paul Marchese and State's attorney that has yet to be rebutted so it stands as FACT.

## PROOF OF SERVICE

On __4/24/24__, I Amiya Bey state that i served this notice by personally delivering a copy personally to each person whom its directed.

Amiyah Bey, De Jure, In Propria Persona, Sui Juris, Grantor Beneficiary for AMIYA WILLIS All Rights Reserved, without recourse U.C.C.1-308

By: [signature]

APR 2 4 2024